AO 91 (Rev. 11/11)   Criminal Complaint

# UNITED STATES DISTRICT COURT
for the
EASTERN DISTRICT OF MISSOURI

| | |
|---|---|
| United States of America<br>v.<br><br>ANDY R. MIQUI-CASTILLO<br><br>*Defendant(s)* | Case No.   4:23 MJ 1413   JMB |

## CRIMINAL COMPLAINT

I, the complainant in this case, state that the following is true to the best of my knowledge and belief.

On or about the date(s) of __Charity Ryder__ in the county of __St. Louis__ in the __Eastern__ District of __Missouri__, the defendant(s) violated:

| Code Section | Offense Description |
|---|---|
| 18:1349 | Conpiracy to commit mail and wire fraud |

This criminal complaint is based on these facts:

SEE ATTACHED AFFIDAVIT

☑ Continued on the attached sheet.

I state under the penalty of perjury that the following is true and correct.

*Charity Ryder*
*Complainant's signature*

Charity Ryder, SA, FBI
*Printed name and title*

Sworn to before me and signed in my presence.
Sworn to, attested to, or affirmed before me via reliable electronic means pursuant to Federal Rules of Criminal Procedure 4.1 and 41

Date: 11/18/2023

*Judge's signature*

City and state:   St. Louis, Missouri    Honorable John M. Bodenhausen, U.S. Magistrate Judge
*Printed name and title*